UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIFFANY SULLIVAN,<br><br>      Plaintiff,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>      Defendant. | No. 4:17-cv-40095-TSH |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties herein stipulate that this matter be dismissed with prejudice, and without costs. All rights of appeal are waived.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>Tiffany Sullivan,<br>By counsel, | Defendant,<br>Midland Credit Management, Inc.<br>By counsel, |
| */s/ Christopher M. Brine*<br>Christopher M. Brine (BBO 679289)<br>Brine Consumer Law<br>100 Grove Street, Suite 210<br>Worcester, MA 01605<br>P – (508) 556-1899<br>F – (508) 556-9951 | */s/ Kara Thorvaldsen*<br>Kara Thorvaldsen (BBO 660723)<br>WILSON ELSER LLP<br>260 Franklin Street<br>Boston, MA 02110<br>(617) 422-5300 |

1

## CERTIFICATE OF SERVICE

I, Christopher M. Brine, certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christopher M. Brine
Christopher M. Brine (BBO 679289)
